## In the matter of Joseph Williams, an insolvent debtor.

AN application was made in behalf of the in-solvent, that he be brought up to obtain his discharge under the " Act for the relief of debtors, " with respect to the imprisonment of their per-" fons."

*Schoonhoven* for the creditors raised three objec-tions: 1st, That notice was not served on one par-ticular creditor who resides in Massachusetts, nor was there any affidavit that he could not be found; 2d, The sum he is charged with on execution is not mentioned in the petition; 3d, The inventory purports by its caption to be an inventory of *real* and of personal estate, but no real estate is after-wards mentioned.

*Per Curiam.* All the objections are trivial. A person out of the State is to be considered as to the purpose of a service under this act, as not to be found. Assignment ordered.